UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAHN TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-01220-AGF |
| ST. LOUIS COUNTY, et. al, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiff's motion (ECF No. 60) to voluntarily dismiss this case without prejudice. Plaintiff indicates that Defendants Tippett, Dooley, Hunt, Dewey, Kearney, Stevens, and Robinson have consented to the motion. *Id*. Similarly, though Defendants St. Louis County, Hudson, and O'Brien declined to consent to the motion, they have stated they will not object to or oppose Plaintiff's request to dismiss the action without prejudice. No defendants have filed a response in opposition to the motion, and the time to do so has now elapsed.

Where, as here, the opposing parties have filed an answer to the plaintiff's complaint, the plaintiff may only voluntarily dismiss their complaint pursuant to a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)-(B). The Court may dismiss the case on "terms that the court considers proper." Fed. R. Civ. P. 41(B). The Court considers dismissal proper in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to dismiss without prejudice is **GRANTED**.  (ECF No. 60).  The Court will enter a separate Order of Dismissal.

                                     _____
                                     AUDREY G. FLEISSIG
                                     UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2023.